Case 1:18-cr-00401-BLW   Document 234   Filed 11/20/19   Page 1 of 7

AO 245B (Rev 03/18) Judgment in a Criminal Case
Sheet 1

# UNITED STATES DISTRICT COURT

District of Idaho

| UNITED STATES OF AMERICA | ) | **JUDGMENT IN A CRIMINAL CASE** |
| v. | ) | |
| TIMOTHY PATRICK HIGDEM | ) | Case Number: 0976 1:18CR00401-004 |
| | ) | USM Number: 19944-023 |
| | ) | Thomas Dominick |
| | ) | Defendant's Attorney |

**THE DEFENDANT:**

☒ pleaded guilty to count(s) Four of the Second Superseding Indictment

☐ pleaded nolo contendere to count(s) _____
which was accepted by the court.

☐ was found guilty on count(s) _____
after a plea of not guilty.

The defendant is adjudicated guilty of these offenses:

| Title & Section | Nature of Offense | Offense Ended | Count |
|---|---|---|---|
| 21§841(a)(1) | Distribution of Methamphetamine | 05/03/2018 | 4 |

The defendant is sentenced as provided in pages 2 through __7__ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has been found not guilty on count(s) _____

☒ Count(s) One of the 2nd Superseding Indictment   ☒ is   ☐ are dismissed on the motion of the United States.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

November 19, 2019
Date of Imposition of Judgment

*/s/ B. Lynn Winmill/*
Signature of Judge

B. Lynn Winmill, United States District Judge
Name and Title of Judge

November 20, 2019
Date

U.S. COURTS

JUN 02 2020

Rcvd_____ Filed_____ Time_____
STEPHEN W. KENYON
CLERK, DISTRICT OF IDAHO

AO 245B (Rev. 11/16) Judgment in a Criminal Case
Sheet 2-Imprisonment

Judgment—Page    Page 2 of 7

DEFENDANT: Timothy Patrick Higdem
CASE NUMBER: 0976 1:18CR00401-004

## IMPRISONMENT

The defendant is hereby committed to the custody of the Federal Bureau of Prisons to be imprisoned for a total term of: 40 months

☒ The court makes the following recommendations to the Bureau of Prisons:

The defendant will be credited with all time served in federal custody and will be placed in a facility in Sheridan, Oregon.
It is recommended that the defendant participate in the RDAP program while incarcerated.

☒ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:

    ☐ at _____ ☐ a.m. ☐ p.m. on _____

    ☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

    ☐ before 2 p.m. on _____

    ☐ as notified by the United States Marshal.

    ☐ as notified by the Probation or Pretrial Services Office.

### RETURN

I have executed this judgment as follows:

Defendant delivered on __1-23-20__ to __FCI ShC__
at __Sheridan, OR__, with a certified copy of this judgment.

__J Salazar__
UNITED STATES MARSHAL

__K- Caudle__
By: DEPUTY UNITED STATES MARSHAL